In the Matter of the Claim of CHARLES KELLER, Respondent, against ELMER SHERWOOD, Respondent, and LUMBER MUTUAL INSURANCE COMPANY OF NEW YORK, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued June 1, 1932; decided June 21, 1932.)

641

*Jeremiah F. Connor* and *Dickinson S. Talley* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for The State Industrial Board, respondent.

*Arthur R. Ellison* for Elmer Sherwood, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.